Byrne J. Decker Bar No. 337052
byrne.decker@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Two Monument Square
Suite 703
Portland, ME  04101
Telephone:  207-387-2957
Facsimile:   207-387-2986

Attorneys for Defendant THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ELMORE<br><br>            Plaintiff,<br><br>        v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>            Defendant. | Case No. 3:22-cv-00046-AJB-KSC<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff Teresa Elmore ("Plaintiff") and Defendant Lincoln National Life Insurance Company ("Defendant"), by their respective counsel, hereby notify the Court that the parties have recently reached a settlement of this matter.  The parties are working on finalizing the settlement and anticipate filing a Stipulation of Dismissal within 45 days.

DATED: May 17, 2022                    ILER & ILER LLP



                                        By: */s/ Brooks L. Iler (with permission)*
                                             Brooks L. Iler
                                             Attorneys for Plaintiff, Teresa Elmore

| | |
|---|---|
| DATED: May 17, 2022 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | By: */s/ Byrne J. Decker*<br>Byrne J. Decker<br>Attorneys for Defendant The Lincoln National Life Insurance Company |

### **SIGNATURE ATTESTATION**

I hereby certify that the content of this document is acceptable to Brooks L. Iler, counsel for Plaintiff, Teresa Elmore, and that I have obtained Mr. Iler's authorization to affix his electronic signature to this document.

Dated:  May 17, 2022                  */s/ Byrne J. Decker*
                                                       Byrne J. Decker

**PROOF OF SERVICE**

*Teresa Elmore v. The Lincoln National Life Insurance Company*
Case No. 3:22-cv-00046-AJB-KSC

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Cumberland in the office of a member of the bar of this court at whose direction the service was made. My business address is Two Monument Square, Suite 703, Portland, Maine, 04101.

On May 17, 2022, I served the following document(s):

**JOINT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**

by placing ☐ (the original) ☐ (a true copy thereof) in a sealed envelope addressed as follows:
  None

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)**: I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 17, 2022, at Portland, Maine.

/s/ Susan L. Norton
Susan L. Norton