| | |
|---|---|
| 1 | Byrne J. Decker Bar No. 337052 |
| 2 | byrne.decker@ogletree.com |
|   | OGLETREE, DEAKINS, NASH, |
|   | SMOAK & STEWART, P.C. |
| 3 | Two Monument Square |
|   | Suite 703 |
| 4 | Portland, ME  04101 |
|   | Telephone:  207-387-2957 |
| 5 | Facsimile:   207-387-2986 |
| 6 | Attorneys for Defendant THE LINCOLN NATIONAL |
|   | LIFE INSURANCE COMPANY |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ELMORE | Case No. 3:22-cv-00046-AJB-KSC |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | |
| Defendant. | |

Plaintiff Teresa Elmore and Defendant The Lincoln National Life Insurance Company, by and through counsel, hereby state that all claims between them are hereby dismissed with prejudice, with each party to bear their own attorneys' fees, expenses and costs.

DATED: June 30, 2022          ILER & ILER LLP



                              By: */s/ Brooks L. Iler (with permission)*
                                  Brooks L. Iler
                                  Attorneys for Plaintiff, Teresa Elmore

DATED: June 30, 2022

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Byrne J. Decker*
Byrne J. Decker
Attorneys for Defendant The Lincoln National Life Insurance Company

## **SIGNATURE ATTESTATION**

I hereby certify that the content of this document is acceptable to Brooks L. Iler, counsel for Plaintiff, Teresa Elmore, and that I have obtained Mr. Iler's authorization to affix his electronic signature to this document.

Dated:  June 30, 2022

*/s/ Byrne J. Decker*
Byrne J. Decker

**PROOF OF SERVICE**

*Teresa Elmore v. The Lincoln National Life Insurance Company*
Case No. 3:22-cv-00046-AJB-KSC

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Cumberland in the office of a member of the bar of this court at whose direction the service was made. My business address is Two Monument Square, Suite 703, Portland, Maine, 04101.

On June 30, 2022, I served the following document(s):

STIPULATION OF DISMISSAL WITH PREJUDICE

by placing ☐ (the original) ☐ (a true copy thereof) in a sealed envelope addressed as follows:

    None

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal):** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 30, 2022, at Portland, Maine.

                                  /s/ Susan L. Norton
                                  Susan L. Norton