1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

TERESA ELMORE

      Plaintiff,

    v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

      Defendant.

Case No. 3:22-cv-00046-AJB-KSC

**ORDER GRANTING JOINT MOTION FOR DISMISSAL**

The Court, having considered the parties' Stipulation for Dismissal with Prejudice, hereby dismisses the case with prejudice, with each party to bear their own attorneys' fees, expenses and costs.

**IT IS SO ORDERED.**

Dated: July 5, 2022

_____
Hon. Anthony J. Battaglia
United States District Judge

1

Case No. 3:22-cv-00046-AJB-KSC